# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Ulysses Burrage, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:17-cv-00335-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Superior Court of Buncombe Co. | ) | |
| Mission Hospital | ) | |
| Asheville Fire and Rescue | ) | |
| BCEMS | ) | |
| BCFD | ) | |
| Greyhound LLC | ) | |
| APD | ) | |
| Terrence W. Burt | ) | |
| Andy Bell | ) | |
| Robert Mitchell | ) | |
| Edward Simonic | ) | |
| Korey Ramsey | ) | |
| Zachary P. Wetmore, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2018 Order.

August 30, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court